# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DAISHALIE URDIALES   Case Number: 25CR506 507

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print): Richard S. Kling

Firm: Chicago-Kent Law Offices

Street address: 565 W. Adams, 6th Floor

City/State/Zip: Chicago, IL 60661

Bar ID Number: 1485237
(See item 3 in instructions)

Telephone Number: 312-906-5075

Email Address: rkling@illinoistech.edu

**FILED**

AUG 25 2025

**MAGISTRATE JUDGE YOUNG B. KIM**

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/1/24 8/25/25 (EC)

Attorney signature: S/ Richard S. Kling
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015